

**FILED**
VANESSA L. ARMSTRONG, CLERK

# UNITED STATES DISTRICT COURT
JUL 19 2017
### WESTERN DISTRICT OF KENTUCKY

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

## CRIMINAL COMPLAINT

PANKAJ SHARMA

CASE NUMBER: 317-mJ-376

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Or about July 7, 2017, in Nelson County, in the Western District of Kentucky, the above-named defendant transmitted a threat in interstate and foreign commerce, in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

_____
Signature of Complainant

Subscribed and sworn to before me by Special Agent Mark Coleman, Federal Bureau of Investigation, in my presence, on this the 19th day of July, 2017, in Louisville, Kentucky.

_____
COLIN H. LINDSAY
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

MARK A. COLEMAN, being duly sworn, deposes and says that:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 1996.  During the FBI Academy and throughout my career, I have received training and gained experience in interviewing and interrogation techniques, arrest and search warrant applications, the execution of arrests, searches and seizures, and various criminal laws and procedures.

2.      As a federal agent, I am authorized to investigate violations of the laws of the United States (including, but not limited to violent criminal offenses).  I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.  This Affidavit is being submitted for the limited purpose of establishing probable cause to arrest a person, PANKAJ SHARMA.

## SOURCE OF INFORMATION CONTAINED HEREIN

3.      The facts set forth in this Affidavit are based upon my personal knowledge, knowledge obtained during my participation in this investigation and from other individuals who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  This Affidavit does not contain all of the information known to me regarding this investigation.  I have included in this Affidavit facts I believe are sufficient to support a probable cause finding for the issuance of the requested warrant but I do not purport to include each and every matter of fact observed or known to me or other law enforcement agents involved in this investigation.  Where actions, conversations and statements of others are related, they are related in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

4.      On July 7, 2017, PANKAJ SHARMA (hereinafter referred to as PANKAJ) placed a telephone call to the FBI Public Access Line (PAL).  During that call, PANKAJ claimed to be calling from India, where he resides.  He provided the PAL operator with International telephone number 919711718455.  The International prefix for calling India is "91".  During the call, PANKAJ claimed, among other things, that he was going to kill his children.

5.      PANKAJ's children, K.S. and T.S. are both minors who reside with their mother DEEPTI SHARMA (Hereinafter referred to as DEEPTI) in Cox's Creek, Nelson County, Kentucky, in the Western District of Kentucky.

6.      On July 7, 2017, PANKAJ also sent an email communication to K.S. which K.S. accessed while in Nelson County in the Western District of Kentucky.  The text of the email follows:

*"His [K.S.] and [T.S.], what you guys asked me I gave you whether I have it or not I tried you to give all the things which I was deprived in my childhood.  Buthe I don't like when you speak your grandparents words*

*and will have to pay price for this.  If I see you both in India any time I will kill you both.  Whether I have to serve lifetearm jail.  And you both know that what I say I mean it.  Beware I am making you attentive be careful.  Pankaj Sharma"*

7.      During their marriage, PANKAJ was mentally, and occasionally physically abusive to DEEPTI.  She considers him a violent person.

## CONCLUSION

Based upon the information set forth herein, there is probable cause to believe that on July 7, 2017, PANKAJ SHARMA transmitted a communication in foreign commerce, to wit an email transmitted from India to Nelson County, Kentucky, USA which contained a threat to kill K.S. and T.S. in violation of 18 U.S.C. §875(c).

Mark A. Coleman

Special Agent

Federal Bureau of Investigation

Sworn to me and subscribed in my presence this 19th day of July, 2017.

COLIN H. LINDSAY

UNITED STATES MAGISTRATE JUDGE